## AFFIDAVIT OF SERVICE

| Case: 2:22-CV-03060 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA | County: | Job: 7492305 (2:22-CV-03060 File 81906) |
|---|---|---|---|
| **Plaintiff / Petitioner:** CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC | | **Defendant / Respondent:** JEFF MOSS and DEF CON COMMUNICATIONS, INC. | |
| **Received by:** Clark County Process Service, LLC | | **For:** Comitz Law Firm LLC | |
| **To be served upon:** Jeff Moss | | | |

I, William Falkner, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Jeff Moss, Caesar's Forum Convention Center: 3911 Koval Ln, Las Vegas, NV 89109
**Manner of Service:**  Substitute Service - Personal, Aug 11, 2022, 11:57 am PDT
**Documents:**  Cover Letter dated August 11, 2022; Summons in a Civil Action; Civil Cover Sheet; Case Management Track Designation Form; Complaint

**Additional Comments:**
1) Successful Attempt: Aug 11, 2022, 11:57 am PDT at Caesar's Forum Convention Center: 3911 Koval Ln, Las Vegas, NV 89109 received by Jeff Moss. Age: 60's; Ethnicity: Caucasian; Weight: 210; Height: 5'9"; Hair: Other; Other: I was escorted to a locked room that was designated as Event Security, and met with a gentleman I was told was Mr. Moss's personal security and had the ability to contact him directly. I waited approximately 25 minutes when two Attorney's arrived. Jeffery C. McNamara who identified himself as Attorney for DefCon and Jeffery Moss, and Alexander J.A. Garcia. I served Jeffery C McNamara, Attorney at Law. Mr. McNamara stated that defendant Moss was not and would not be available for service. Mr. McNamara completed an Acceptance of Service indicating he was authorized to accept service on Defendant Moss behalf. ;

*[signature]*                                                  08/11/2022
William Falkner                                           Date
2031

Clark County Process Service, LLC
2500 Chandler Ave #4
Las Vegas, NV 89120
702-326-5454