# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC, | |
| Plaintiff, | CIVIL ACTION – LAW |
| vs. | |
| JEFF MOSS, | JURY TRIAL DEMANDED |
| and | |
| DEF CON COMMUNICATIONS, INC., | NO.: 2:22-cv-03060 |
| Defendants. | |

## ACCEPTANCE OF SERVICE

I, __Jeffrey C. McNamara__, attorney for the Defendant, Jeff Moss, hereby accept service of the Summons and Complaint on behalf of the Defendant, Jeff Moss, and authorize that I am certified to do so.

Date: __8/11/22__    By: _____

Address: __51 West Dayton Street, Suite 305__

Address: __Edmonds WA 98020__

Phone number: __206 351 7596__

Fax number: _____