IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFF MOSS, and<br>DEF CON COMMUNICATIONS, INC.,<br><br>          Defendants. | 2:22-cv-03060-WB |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Jonathan L. Cochran of LeVan Stapleton Segal Cochran LLC as counsel for defendants Jeff Moss and DEF CON Communications, Inc. in the above-captioned litigation.

|  |  |
|---|---|
|  | **LeVAN STAPLETON SEGAL COCHRAN LLC** |
| Dated:  August 29, 2022 | By:   /s/ *Jonathan L. Cochran*<br>       Jonathan L. Cochran (PA ID 314382)<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>215.261.5210<br>jcochran@levanstapleton.com<br><br>*Counsel for Jeff Moss and DEF CON Communications, Inc.* |