IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC | : : | Civil Action |
| v. | : : | |
| JEFF MOSS, and DEF CON COMMUNICATIONS, INC. | : : | No.: 2:22-cv-03060-WB |

ORDER

AND NOW, this _____ day of August 20 22 , it is hereby

ORDERED that the application of ___David Perez_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:22-cv-03060-WB

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, David Perez the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Washington | 09/15/2011 | 43959 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions: Attached hereto as **Schedule A.**

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____
(Applicant's Signature)

10/24/2022
(Date)

Name of Applicant's Firm: Perkins Coie LLP
Address: 1201 Third Avenue, Suite 4900, Seattle, WA 98101
Telephone Number: 206-359-8000
Email Address: DPerez@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/22/2022
(Date)                                  (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____David Perez_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date e-mailed to all interested counsel.

| Jonathan L. Cochran | *[signature]* | 12.24.12 | 314382 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

One Liberty Place, 1650 Market St, Ste 3600, Philadelphia, PA 19103 (215) 561.5210

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____August 29, 2022_____      ____*[signature]*_____
(Date)                                            (Sponsor's Signature)

## Schedule A

| Court | Admission Date | Bar Number |
|---|---|---|
| USDC WDWA Bankruptcy Ct. | 11/10/2016 | 43959 |
| USDC WDWA | 02/27/2012 | 43959 |
| USDC EDWA | 04/23/2012 | 43959 |
| US COA 1st Circuit | 08/18/2018 | |
| US COA 4th Circuit | 02/01/2016 | |
| US COA 9th Circuit | 09/26/2011 | |
| US COA 11th Circuit | 04/01/2013 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC | : : : | Civil Action |
| v. | : : | |
| JEFF MOSS, and DEF CON COMMUNICATIONS, INC. | : | No.: 2:22-cv-03060-WB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __David Perez__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

upon all counsel of record via the Court's ECF filing system

_____
(Signature of Attorney)

Jonathan L. Cochran
_____
(Name of Attorney)

Defendants, JEFF MOSS, and
DEF CON COMMUNICATIONS, INC.
_____
(Name of Moving Party)

August 29, 2022
_____
(Date)