IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC | : : | Civil Action |
| v. | : : | |
| JEFF MOSS, and DEF CON COMMUNICATIONS, INC. | : | No.: 2:22-cv-03060-WB |

ORDER

AND NOW, this _____ day of August 20 22 , it is hereby

ORDERED that the application of ____Matthew Mertens_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.[1]

☐     DENIED.

                                                                                                   _____

                                                                                                               , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:22-cv-03060-WB

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Matthew Mertens, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Oregon | 12/23/2014 | 146288 |
| Georgia | 07/21/2014 | 870320 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Oregon | 04/11/2016 | 146288 |
| Middle District of Georgia | 06/08/2022 | 870320 |
| Northern District of Georgia | 07/19/2022 | 870320 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

_____
(Applicant's Signature)

8/22/2022
(Date)

Name of Applicant's Firm: Perkins Coie LLP
Address: 1120 NW Couch Street, 10th Floor, Portland, OR 97209
Telephone Number: 503-727-2000
Email Address: MMertens@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/22/2022
(Date)                                       (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Matthew Mertens to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date e-mailed, to all interested counsel.

| Jonathan L. Cochran | *[signature]* | 12.24.12 | 314382 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

One Liberty Place, 1650 Market St, Ste 3600, Philadelphia, PA 19103 (215) 561.5210

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2022         *[signature]*
         (Date)                                                                 (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC | : : : | Civil Action |
| v. | : : | |
| JEFF MOSS, and DEF CON COMMUNICATIONS, INC. | : | No.: 2:22-cv-03060-WB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Matthew Mertens__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

upon all counsel of record via the Court's ECF filing system

_____
(Signature of Attorney)

Jonathan L. Cochran
_____
(Name of Attorney)
Defendants, JEFF MOSS, and
DEF CON COMMUNICATIONS, INC.
_____
(Name of Moving Party)

August 29, 2022
_____
(Date)