IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JEFF MOSS, and<br>DEF CON COMMUNICATIONS, INC.,<br><br>  Defendants. | 2:22-cv-03060-WB |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

 Please enter the appearance of John S. Stapleton of LeVan Stapleton Segal Cochran LLC as counsel for defendants Jeff Moss and DEF CON Communications, Inc. in the above-captioned litigation.

Dated: August 29, 2022

            **LeVAN STAPLETON SEGAL COCHRAN LLC**

            By: /s/ *John S. Stapleton*
              John S. Stapleton (PA ID 200872)
            One Liberty Place
            1650 Market Street, Suite 3600
            Philadelphia, PA 19103
            215.561.1500
            jstapleton@levanstapleton.com

            *Counsel for Jeff Moss and DEF CON Communications, Inc.*