# WAIVER OF SERVICE OF SUMMONS

TO:  Ashley A. Zingaretti, Esquire
           (Name of plaintiff's attorney(s) or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Christopher J. Hadnagy, Individually and on behalf of Social-Engineer, LLC v. Jeff Moss and Def Con Communications, Inc., which is case number 2:22-CV-03060 in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a deficit in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after August 12, 2022 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

August 29, 2022
Date

Signature

Printed/typed name:  Jonathan L. Cochran
Title if any:  Attorney for DEF CON Communications, Inc.
For corporation if any:  DEF CON Communications, Inc.