IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER J. HADNAGY**<br>Plaintiff,<br><br>v.<br><br>**JEFF MOSS et al,**<br>Defendants, | **CIVIL ACTION**<br><br><br><br><br>**NO. 22-3060** |

**O R D E R**

**AND NOW**, this 31st day of August, 2022, **IT IS HEREBY STIPULATED AND AGREED** that the time for Defendant Jeff Moss to answer or otherwise respond to Plaintiff's Complaint is hereby extended through and including October 11, 2022, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.4. This stipulation is intended to further efficiency by aligning Defendant Moss's response deadline with that of Defendant DEF CON Communication, Inc.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**