IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC | : : | Civil Action |
| v. | : : | |
| JEFF MOSS, and DEF CON COMMUNICATIONS, INC. | : | No.: 2:22-cv-03060-WB |

ORDER

AND NOW, this  31  day of  August  20 22 , it is hereby

ORDERED that the application of ___Matthew Mertens___, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[xx]   GRANTED.[1]

[ ]   DENIED.

            /s/ Wendy Beetlestone
            WENDY BEETLESTONE, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.