# ZOOM INFORMATION SHEET

Chambers of Judge Beetlestone is inviting you to a scheduled ZoomGov meeting.

Topic: 21-3648 PPTC 09/15/2021 AT 11:00 AM ZOOM VIDEO
Time: Sep 15, 2021 11:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/1608916632?pwd=L1M4amd1cGIvSmpHK2xSR2trYnp0QT09

Meeting ID: 160 891 6632
Passcode: 570800
One tap mobile
+16692545252,,1608916632# US (San Jose)
+16468287666,,1608916632# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
    +1 669 216 1590 US (San Jose)
Meeting ID: 160 891 6632
Find your local number: https://www.zoomgov.com/u/aeFpAWmNSJ

Join by SIP
1608916632@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 891 6632
Passcode: 570800