IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>JEFF MOSS, and<br>DEF CON COMMUNICATIONS, INC.,<br><br>          Defendants. | No. 2:22-cv-03060-WB<br><br>Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim<br><br>Oral Argument Requested |

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) and for the reasons stated in the accompanying Memorandum of Law, which is incorporated here as though fully set forth, Defendants Jeff Moss and DEF CON Communications, Inc. respectfully request that all claims against them in the Complaint be dismissed for lack of personal jurisdiction. Alternatively, if the Court concludes that there is personal jurisdiction over Defendants, Defendants respectfully request that all claims against them in the Complaint be dismissed with prejudice.

Date: October 11, 2022

        By:  */s/ Matt Mertens*
             Matthew Mertens (admitted PHV)
             **PERKINS COIE LLP**

             1120 NW Couch Street, 10th Floor
             Portland, Oregon 97209-4128
             503.727.2199
             MMertens@perkinscoie.com

             David Perez (admitted PHV)
             **PERKINS COIE LLP**
             1201 Third Avenue
             Suite 4900
             Seattle, Washington 98101-3099
             206.359.6767
             DPerez@perkinscoie.com

        By:  */s/ Jonathan L. Cochran*
             Jonathan L. Cochran
             John S. Stapleton
             **LeVAN STAPLETON SEGAL COCHRAN LLC**
             One Liberty Place
             1650 Market Street, Suite 3600
             Philadelphia, PA 19103
             215.261.5210
             jcochran@levanstapleton.com

             *Counsel for Defendants Jeff Moss and DEF CON Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2022, I caused a true and correct copy of the foregoing *Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim* to be served via CM/ECF filing upon counsel for all parties.

/s/ *Jonathan L. Cochran*
Jonathan L. Cochran