IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEFF MOSS, and DEF CON COMMUNICATIONS, INC.,<br><br>    Defendants. | No. 2:22-cv-03060-WB |

## ORDER

AND NOW, this ___ day of _____, 2022, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim and any response thereto, **IT IS ORDERED** that the Motion is **GRANTED** and Plaintiffs' Complaint is **DISMISSED** with prejudice.

                                                                                    **BY THE COURT:**

                                                                                     _____

                                                                                     **WENDY BEETLESTONE, J.**