# CODE OF CONDUCT

- Home
- Recent News
- Archives »
- About »
- Community »
- Resources »
- SUBMIT! »

POLICY HOME | TRANSPARENCY REPORT | WARRANT CANARY REPORT | PRIVACY POLICY | CODE OF CONDUCT | BLACK BADGE POLICY | CFP PRIVACY POLICY | DMCA INFORMATION | SPONSOR FAQ | VILLAGE FAQ
HACKERS WITH DISABILITITES INFORMATION

## Conference Code of Conduct

Last updated 3.6.15









DEF CON provides a forum for open discussion between participants, where radical viewpoints are welcome and a high degree of skepticism is expected. However, insulting or harassing other participants is unacceptable. We want DEF CON to be a safe and productive environment for everyone. It's not about what you look like but what's in your mind and how you present yourself that counts at DEF CON.

We do not condone harassment against any participant, for any reason. Harassment includes deliberate intimidation and targeting individuals in a manner that makes them feel uncomfortable, unwelcome, or afraid.

Participants asked to stop any harassing behavior are expected to comply immediately. We reserve the right to respond to harassment in the manner we deem appropriate, including but not limited to expulsion without refund and referral to the relevant authorities.

This Code of Conduct applies to everyone participating at DEF CON - from attendees and exhibitors to speakers, press, volunteers, and Goons.

Anyone can report harassment. If you are being harassed, notice that someone else is being harassed, or have any other concerns, you can contact a Goon, go to the registration desk, or info booth.

Conference staff will be happy to help participants contact hotel security, local law enforcement, or otherwise assist those experiencing harassment to feel safe for the duration of DEF CON.

Remember: The CON is what you make of it, and as a community we can create a great experience for everyone.

## DEF CON Sites


Forums


Groups


Media Server


InfoCon.org

## The Goods


Official Swag


Conference Recordings

## Past Media


Torrents Page


DEF CON Media Server


InfoCon.org

**- The Dark Tangent**

https://www.defcon.org/html/links/dc-policy.html

© 1992-2021 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information