# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER J. HADNAGY, individually and on behalf of SOCIAL-ENGINEER, LLC, | : : : : | CIVIL ACTION – LAW |
| Plaintiff, | : : | |
| vs. | : : | JURY TRIAL DEMANDED |
| JEFF MOSS, | : : | |
| and | : : | NO.: 2:22-cv-03060-WB |
| DEF CON COMMUNICATIONS, INC., | : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this ____ day of _____, 2022, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim, and Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, it is hereby **ORDERED, ADJUDGED, and DECREED** that said Motion is **DENIED**.

**BY THE COURT:**

_____
**WENDY BEETLESTONE, J.**