IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER J. HADNAGY,**<br>    Plaintiffs,<br><br>    v.<br><br>**JEFF MOSS, DEF CON COMMUNICATIONS, INC.,**<br>    Defendants. | CIVIL ACTION<br><br><br>NO.  22-3060 |

**O R D E R**

**AND NOW**, this 5th day of December, 2022, upon consideration of Defendants' Motion to Dismiss (ECF Nos. 18 & 20) and Plaintiff's response thereto (ECF No. 19), **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED WITHOUT** PREJUDICE for lack of personal jurisdiction.

It is **FURTHER ORDERED** that the Clerk of Court shall terminate this matter.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**